**Fill in this information to identify the case:**

Debtor 1: Michael Altobelli

Debtor 2 (Spouse, if filing): Linda Altobelli

United States Bankruptcy Court for the: Northern District of Illinois (State)

Case number: 13-20930

# Form 4100R
## Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** JPMorgan Chase Bank, National Association

**Court claim no. (if known):** _____

**Last 4 digits** of any number you use to identify the debtor's account: 8 8 7 7

**Property address:** 25109 Gates Lane
Number    Street

Plainfield    Illinois    60585
City    State    ZIP Code

### Part 2: Prepetition Default Payments

Check one:

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

Check one:

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 08/01/2018
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total.** Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    _____
MM / DD / YYYY

| Debtor 1 | Michael Altobelli | | | Case number (if known) 13-20930 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

× /s/ Zhiqi Wu          Date 07/20/2018
Signature

Print: Zhiqi Wu                    Title: Attorney
       First Name  Middle Name  Last Name

Company: Heavner, Beyers & Mihlar, LLC

If different from the notice address listed on the proof of claim to which this response applies:

Address: P.O. Box 740
         Number    Street

         Decatur          IL      62525
         City             State   ZIP Code

Contact phone (217) 422-1719          Email bkdept@hsbattys.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In Re: | Case No. 13-20930 |
|---|---|
| Michael Altobelli and Linda Altobelli, Debtors. | Chapter 13 |
| | Honorable Pamela S. Hollis |

### CERTIFICATE OF SERVICE

    I, the undersigned attorney, certify that I served a copy of the Response to Notice of Final Cure Payment filed on 20th day of July, 2018, upon the parties listed below, as to the Trustee, Trustee's attorney and Debtors' attorneys via electronic notice on July 20, 2018, and as to the Debtors by mailing same in a properly addressed envelope, postage prepaid by depositing said envelope in a U. S. Post Office Mail Box, Decatur, Illinois 62523 before the hour of 5:00 p.m. on the 20th day of July, 2018.

**Service by Mail:**

Michael Altobelli
25109 Gates Lane
Plainfield, Illinois 60585

Linda Altobelli
25109 Gates Lane
Plainfield, Illinois 60585

**Service by Electronic Notice through ECF:**

David Chang
Chang Legal, LLC
1990 E Algonquin Road Suite 260
Schaumburg, IL 60173

John P Carlin
Suburban Legal Group PC
1305 Remmington Road Suite C
Schaumburg, IL 60173

Glenn B. Stearns
801 Warrenville Road, Suite 650
Lisle, IL 60532

Gerald Mylander
801 Warrenville Rd. Suite 650
Lisle, IL 60532

Kathryn Gleason
219 S Dearborn Suite 873
Chicago, IL 60604

Patrick S. Layng
United States Trustee (Region 11)
219 S. Dearborn Street Suite 873
Chicago, IL 60604

                                    */s/ Zhiqi Wu*
                                      Zhiqi Wu

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
AMANDA J. WIESE (#6320552)
ZHIQI WU (#6324870)
CHERYL CONSIDINE (#6242779)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754